**E-filed 2/27/07**

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00059 JF |
| Plaintiff, ) ) | |
| v. ) ) | STIPULATION AND [~~PROPOSED~~] CONTINUING STATUS DATE AND EXCLUDING TIME |
| RICHARD PICCIRILLI, ) ) | |
| Defendant. ) ) | SAN JOSE VENUE |

   The undersigned parties respectfully request that the above-captioned matter be scheduled for a status hearing on March 14, 2007 at 9:00 a.m.  The case was originally scheduled for a status hearing on February 21, 2007 after the parties learned that the Court was unavailable on that date. In addition, the parties request an exclusion of time under the Speedy Trial Act from February 21, 2007 until March 14, 2007.  The government recently provided Assistant Federal Public Defender Nick Humy with discovery and he needs an opportunity to review it.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

1  SO STIPULATED:                    SCOTT N. SCHOOLS
2                                    United States Attorney

3  DATED:                            _____/s/_____
                                     SUSAN KNIGHT
4                                    Assistant United States Attorney

5  DATED:                            _____/s/_____
                                     NICK HUMY
6                                    Assistant Federal Public Defender

7

8      Accordingly, for good cause shown, the Court HEREBY ORDERS that a status hearing be
9  scheduled for March 14, 2007 at 9:00 a.m.
10     The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from
11 February 21, 2007 until March 14, 2007.  The Court finds, based on the aforementioned reasons,
12 that the ends of justice served by granting the requested continuance outweigh the best interest of
13 the public and the defendant in a speedy trial.  The failure to grant the requested continuance
14 would deny defense counsel reasonable time necessary for effective preparation, taking into
15 account the exercise of due diligence, and would result in a miscarriage of justice.  The Court
16 therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A)
17 and (B)(iv).
18 SO ORDERED.
19
20 DATED: 2/26/07                     _____
                                     JEREMY FOGEL
21                                   United States District Judge