**PROPOSED ORDER/COVER SHEET**

TO: **Honorable Patricia Trumbull**
U.S. Magistrate Judge

RE: **Richard Piccilli**

FROM: **Claudette M. Silvera, Chief**
U.S. Pretrial Services Officer

DOCKET NO.: **CR07-00059 JF**

FILED APR 0 2 2007

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Anthony Granados**
U.S. Pretrial Services Officer

**(408) 535-5223**
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[initialed] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[initialed] Modification(s)

A. **The defendant may use the computers at his place of employment for work related activities;**

B. **The defendant shall submit to mental health counseling at the direction of Pretrial Services.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____
_____

_Patricia V. Trumbull_
JUDICIAL OFFICER

DATE **4/2/07**

Cover Sheet (12/03/02)