E-FILED

BARRY J. PORTMAN
Federal Public Defender
NICHOLAS PETER HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant PICCIRILLI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00059 JF(RS) |
| ) | |
| Plaintiff, ) | [Proposed Order] TO MODIFY PRETRIAL RELEASE CONDITIONS |
| ) | |
| vs. ) | |
| ) | **Honorable Richard Seeborg** |
| RICHARD PICCIRILLI, ) | United States Magistrate-Judge |
| Defendant. ) | |

GOOD CAUSE APPEARING,

IT IS ORDERED that the conditions of release set on February 09, 2007 are hereby modified to permit defendant, Richard Piccirilli, to visit his children in Stockton, CA. Each visit will require an itinerary of Mr. Piccirilli's whereabouts and be subject to approval by Pretrial Services.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

Dated: April 27, 2007

HONORABLE RICHARD SEEBORG
United States Magistrate-Judge

[Proposed] Order to Modify Conditions of
Release                                            1