BARRY J. PORTMAN  *efiled 12/4/07
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant PICCIRILLI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00059 JF(RS) |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **STATUS DATE; [PROPOSED] ORDER** |
| RICHARD PICCIRILLI, | ) | |
| Defendant. | ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing date in the above-captioned matter, presently scheduled for Wednesday, December 5, 2007, at 9:00 a.m., be continued to Wednesday, January 16, 2007, at 9:00 a.m.  The continuance is being requested because counsel for the government, Assistant United States Attorney Susan Knight, has become unexpectedly unavailable.

    The parties further agree and stipulate that time should be excluded from and including December 5, 2007 through and including January 16, 2007, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-00059 JF                    1

Dated: 12/3/07

_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: 12/4/07

_____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the status hearing set for December 5, 2007 because government counsel has unexpectedly become unavailable.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for December 5, 2007 be continued to January 16, ~~2007~~ 2008 at 9:00a.m. as well as the period of delay from December 5, 2007, to and including January 16, ~~2007~~ 2008, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: 12/4/07

_____
JEREMY FOGEL
United States District Judge